IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **In re** | ) | **Chapter 7** |
| | ) | |
| **ICT REAL ESTATE, INC.,** | ) | **Case No. 14-15735** |
| | ) | |
| **Debtor.** | ) | **Hon. Deborah L. Thorne** |

## NOTICE OF APPLICATION

To:   See Service List

    PLEASE TAKE NOTICE that on **Tuesday, August 23, 2016 at 9:30 a.m.,** or as soon thereafter as counsel may be heard, we will appear before United States Bankruptcy Judge Deborah L. Thorne or any other judge sitting in her stead, in the courtroom occupied by her, at Courtroom No. 613 in the Dirksen Federal Building located at 219 S. Dearborn, Chicago, IL 60604, and shall then and there present, the following **THIRD AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF CHUHAK & TECSON, P.C. AS COUNSEL TO THE TRUSTEE,** a copy of which is served upon you.

                        CHUHAK & TECSON, P.C.

                        By:   /s/ Miriam R. Stein
                              One of its attorneys

Miriam R. Stein (#6238163)
CHUHAK & TECSON P.C.
30 S. Wacker Drive, 26th Floor
Chicago, IL 60606
(312) 444-9300
mstein@chuhak.com
esethna@chuhak.com

## CERTIFICATE OF SERVICE

    I, Miriam R. Stein, hereby certify that I caused a copy of this NOTICE and the attached **THIRD AND FINAL** APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF CHUHAK & TECSON, P.C. AS COUNSEL TO THE TRUSTEE to be served on the parties listed on the attached Service List by either the Court's ECF system or by deposit in U.S. Mail as indicated on the Service List, on July 28, 2016.

                                    /s/ Miriam R. Stein

# SERVICE LIST
## ICT REAL ESTATE, INC. 14-15735

<u>Via U.S. Mail</u>

Patrick Sacor
Law Office of Douglas R. Johnson PC
321 N. Clark Street, 5th Fl
Chicago, IL 60654

Juan Saenz
8550 S. Kildare
Chicago, IL 60652

Jerry and Irene Slusarenko
c/o William Factor
105 W. Madison
Chicago, IL 60602

Zorica Petrovic
3 S. 107 Park Blvd.
Glen Ellyn, IL 60137

<u>Via ECF</u>

- Vincent T Borst    vborst@rsplaw.com

- Catherine A. Cooke    ccooke@rsplaw.com

- William J Factor    wfactor@wfactorlaw.com, wfactorlaw@gmail.com;bharlow@wfactorlaw.com;wfactor@ecf.inforuptcy.com;wfactormyecfmail@gmail.com

- Brenda Porter Helms    brenda.helms@albanybank.com, bhelms@ecf.epiqsystems.com

- Steve Jakubowski    sjakubowski@rsplaw.com, docketing@rsplaw.com

- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

- Ben L Schneider    ben@windycitylawgroup.com, mstone@windycitylawgroup.com;ebrandes@windycitylawgroup.com

- Paul C Sheils    attorney@paulsheils.com

10548282.1

2

3030639.1.24075.54944

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| ICT REAL ESTATE, INC., | ) | Case No. 14-15735 |
| | ) | |
| Debtor. | ) | Hon. Deborah L. Thorne |

**THIRD AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF CHUHAK & TECSON, P.C. AS COUNSEL TO CHAPTER 7 TRUSTEE**

Chuhak & Tecson, P.C. ("Chuhak"), counsel for Brenda Porter Helms, not individually but solely in her capacity as Chapter 7 Trustee (the "Trustee") of ICT Real Estate, Inc. ("ICT RE") and ICT Leasing and Truck Sales, Inc. ("ICT Leasing" and together with ICT RE, the "Debtors"), pursuant to 11 U.S.C. §§ 330 and 331, applies to this Court for an entry of an order: (a) allowing as third interim compensation the amount of $7,098.00 for legal services rendered during the period February 29, 2016 through July 27, 2016 ("Third Interim Period") and reimbursement to Chuhak in the amount of $50.91 in expenses; (b) authorizing the Trustee to pay on an interim basis the allowed fees and expenses for the Third Interim Period; and (c) authorizing fees on a final basis in this case. In support thereof, Chuhak respectfully states as follows:

## BACKGROUND

### A. The Bankruptcy Cases

1. On April 27, 2014 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Cases"). The Cases are pending as Case No. 14-15735 (for ICT RE) and Case No. 14-15733 (for ICT Leasing).[1]

---

[1] Several related entities had also filed for bankruptcy protection namely F&F Transport, Inc.; ICT Services and Repair Center and ICT Logistics, Inc. The Trustee filed reports of no-assets in each of the related cases and they have since been closed.

1

2. The Debtors were Illinois corporations and prior to the Petition Date had a principal place of business located at 271 E. North Avenue, Glendale Heights, IL 60139 (the "Real Property").

3. Prior to the Petition Dates, the Debtors were in the trucking business: ICT Leasing owned trucks and trailers (the "Trucks") and ICT RE owned the Real Property.

4. On May 27, 2014, the Cases were converted to cases under Chapter 7 of the Bankruptcy Code.

5. The Trustee was appointed as the Chapter 7 Trustee for the Cases.

6. On June 10, 2014, the Court entered an Order authorizing the Trustee to retain Chuhak as her counsel in these Cases retroactive to May 27, 2014.

7. On September 25, 2014, the Court entered an Order authorizing the Trustee to sell the Real Estate and the Trucks. On September 29, 2014, the Trustee closed on a sale with JIARJ, LLC for $2,600,000. JIARJ is a company partially owned by Jerry Slusarenko, a former member of the Debtors. The proceeds from the sale paid in full all of the secured claims filed as of the date of the closing including the secured claims of Standard Bank and the US Small Business Administration.

8. As a result of the Trustee's liquidation of assets, and after payment of closing costs and all filed secured debts, the Debtors' estates had remaining cash of $152,310.22 (in ICT RE estate) and $20,769.58 (in ICT Leasing estate).

9. The Court had set September 16, 2014 as the bar date for unsecured creditors to file claims against ICT RE and August 21, 2015 as the bar date for creditors to file claims against ICT Leasing (collectively, the "Bar Date").

10. Several claims were filed after the Bar Date. In order to finalize administration of the Debtors' estates, the Trustee engaged in extensive negotiations with the remaining creditors, the majority of which were former owners of the Debtors. The negotiations resulted in a

2

Settlement Agreement executed by several creditors which provided for an agreed structure to distribute the remaining funds in the estate without further litigation or claim objections.

11.    On July 13, 2016, the Court entered an Order approving the compromise with the creditors, which order was amended on July 20, 2016.

### B. Interim Fee Petitions

12.    On November 5, 2014, the Court granted Chuhak first interim fees in the amount of $40,369.50 and $13,129.49 in expenses (which included $12,532.23 in closing costs) for the interim period of May 27, 2014 through September 30, 2014.

13.    On March 23, 2016, the Court granted Chuhak second interim fees in the amount of $12,336.00 and $192.50 in expenses for the interim period of October 1, 2014 through February 29, 2016.

14.    Since February 29, 2016, Chuhak has incurred fees in the amount of $7,098.00 and expenses in the amount of $50.91 on behalf of the Trustee in finalizing the administration of the Cases.

### Narrative Summary of Services

15.    Itemized and detailed descriptions of the specific services rendered by Chuhak to the Trustee are reflected on the billing statements attached hereto as <u>Exhibits A and B</u>. The billing statements set forth the name of each attorney or paralegal, the amount of time expended rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category.

16.    The fees and time expended by each billing professional is set forth below and summarized as follows:

3

| Attorney / Professional | Specialty | Hours | Hourly Rates | Total Fees |
|---|---|---|---|---|
| Miriam R. Stein (MRS) | Bankruptcy | 19.00 | $350/hour | $6,650.00 |
| Kevin R. Purtill (KRP) | Bankruptcy | 1.40 | $320/hour | $448.00 |
| | **TOTALS:** | 20.40 | | **$7,098.00** |

17. The hourly rates listed above are customary and reasonable and are the same hourly rates charged to Chuhak's non-bankruptcy clients for various other matters.

18. Chuhak rendered actual and necessary service to the Trustee and the Debtors' estates. These services included the following:

    A. Discussions with the Trustee as to the allocation of the remaining funds in the Cases from the sale of the Real Property and Trucks;

    B. Review and analysis of claims filed against the Debtors' estates;

    C. Negotiations with the Creditors to avoid further litigation as to the extent and validity of claims filed after the Bar Date;

    D. Draft settlement agreement between the Trustee and the Creditors; and

    E. Moving to approve settlement between the Trustee and Creditors which provided for an immediate interim distribution to creditors and preserved the assets of the estates by avoiding further litigation.

    F. Court appearances and communication with creditors, Debtor's counsel and other parties in interest; and

    G. Further communications with Trustee as to finalizing administration of Cases.

19. A summary of the work performed by category of services is as follows:

4

| Exhibit | Category | Hours | Total Fees |
|---|---|---|---|
| A | General Administration | 18.00 | $6,258.00 |
| B | Fee Petition | 2.40 | $840.00 |
| | **TOTAL FEES** | | **$7,098.00** |
| | Expenses | | $50.91 |
| | **TOTAL FEES AND EXPENSES:** | | **$7,148.91** |

20. There has been no duplication of services, either by partners or associates of Chuhak. When two or more attorneys participated in any activity, such joint participation was necessary as a result of either the complexity of the problems involved or the need to familiarize each attorney with the matters at issue so that each attorney could perform further necessary work.

21. Exhibit A also lists related expenses in the amount of $50.91ese expenses include: photocopying expenses (@ .10 cents per page); conference charges and transportation.

22. Chuhak respectfully submits that the fees and expense reimbursement sought herein are reasonable given the nature, extent and value of the services rendered, the quality and skill which the situation required, and the costs of comparable services in other cases under Chapter 7, and that time has been fairly and properly expended.

23. Chuhak expended a total of 20.40 hours for the services provided to the Trustee. Based on the hourly charges of Chuhak set forth above, Chuhak requests that the Court determine and allow it on an interim basis $7,098.00 as compensation and $50.91 for the reimbursement of reasonable out-of-pocket expenses pursuant to Sections 330 and 331 of the Bankruptcy Code.

24. A copy of the Application has been sent to the Debtors, the Trustee, the United States Trustee, and all parties requesting notice in this case. A notice of hearing was sent to all

5

3029168.1.24075.54944

creditors with filed claims in the remaining Cases. Chuhak requests that notice as provided be deemed sufficient.

WHEREFORE, Chuhak & Tecson, P.C. respectfully request that the Court enter an Order:

(A) Allowing and awarding it interim compensation in the amount of $7,098.00 for actual and necessary professional services rendered and authorizing the Trustee to pay the allowed fees;

(B) Allowing and awarding it reimbursement in the amount of $51.91 for actual and necessary costs and expenses incurred and authorizing the Trustee to pay the allowed unpaid expenses;

(C) Approving all interim fees previously and currently awarded on a final basis pursuant to Section 330 of the Bankruptcy Code;

(D) Finding notice as provided is sufficient under the circumstances; and

(E) Granting such other and further relief as the Court deems just and proper.

CHUHAK & TECSON, P.C.

By: __/s/ Miriam R. Stein_____
One of its attorneys

Miriam R. Stein (#6238163)
CHUHAK & TECSON P.C.
30 S. Wacker Drive, 26th Floor
Chicago, IL 60606
(312) 444-9300
mstein@chuhak.com

6

# CHUHAK & TECSON, P.C.
ATTORNEYS AT LAW

30 S. Wacker Drive
26th Floor
Chicago, Illinois 60606-7413
(312) 444-9300
Fax: (312) 444-9027

**FEDERAL TAX I.D. # 36-3502641**

July 28, 2016

Brenda Porter Helms, Chapter 7 Trustee
Albany Bank & Trust Company, N.A.
3400 W. Lawrence Avenue
Chicago, IL 60625

Client No: 24075
Invoice No: 415807   MRS
Billed Through: 07/27/2016

**Matter No:  54944**
**ICT Bankruptcy - General Administration**

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/09/16 | MRS | Communication with Trustee as to existing claims and next steps relating to objection to some of claims. | 0.30 hrs | $350.00 /hr | $105.00 |
| 03/09/16 | MRS | Review of existing claims. | 0.50 hrs | $350.00 /hr | $175.00 |
| 03/23/16 | MRS | Follow up communications with Irene Slusarenko re status of case. | 0.30 hrs | $350.00 /hr | $105.00 |
| 03/30/16 | MRS | Discussion with Trustee re allocation of sale proceeds, and anticipated distribution to creditors. | 0.60 hrs | $350.00 /hr | $210.00 |
| 03/30/16 | MRS | Communications with creditors and Bill Factor re proposed distribution and required info on Zorica claim. | 0.50 hrs | $350.00 /hr | $175.00 |
| 03/31/16 | MRS | Communication with Irene Slusarenko re further explanation of claim process and Trustee's review of claims. | 0.30 hrs | $350.00 /hr | $105.00 |
| 04/13/16 | MRS | Review of claims and issues with claim filed by Zorica. | 0.30 hrs | $350.00 /hr | $105.00 |
| 04/14/16 | MRS | Draft letter to claimants to describe estimated percentage for distribution and timing. | 0.50 hrs | $350.00 /hr | $175.00 |
| 04/27/16 | MRS | Communication with Trustee as to status of final distribution proposal. | 0.40 hrs | $350.00 /hr | $140.00 |
| 04/28/16 | MRS | Discussion with Trustee as to proposed final distribution. | 0.30 hrs | $350.00 /hr | $105.00 |



A

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/03/16 | MRS | Review of additional information provided by Patrick Sacor relating to his claim against the Estate. | 0.50 hrs | $350.00 /hr | $175.00 |
| 05/03/16 | MRS | Call with Brenda and Motty Stone re ICT distribution and claims. | 0.40 hrs | $350.00 /hr | $140.00 |
| 05/12/16 | MRS | Communication with Trustee re how to manage late claims. | 0.40 hrs | $350.00 /hr | $140.00 |
| 05/13/16 | MRS | Review of documentation and information relating to Patrick's claim. | 0.50 hrs | $350.00 /hr | $175.00 |
| 05/18/16 | MRS | Calls with Motty Stone re issues raised by Patrick relating to his alleged late claims in case. | 0.40 hrs | $350.00 /hr | $140.00 |
| 05/20/16 | MRS | Follow up communication with Trustee re next steps with respect to pending claims. | 0.30 hrs | $350.00 /hr | $105.00 |
| 05/20/16 | MRS | Call with Motty Stone re Patrick's alleged outstanding loan. | 0.50 hrs | $350.00 /hr | $175.00 |
| 05/24/16 | MRS | Discussions with Patrick's counsel re issues relating to claims and closing of cases. | 0.50 hrs | $350.00 /hr | $175.00 |
| 06/08/16 | MRS | Further discussions with Zorica re resolving claim issues. | 0.30 hrs | $350.00 /hr | $105.00 |
| 06/14/16 | MRS | Further discussion with claimants re pending claim resolution. | 0.30 hrs | $350.00 /hr | $105.00 |
| 06/15/16 | MRS | Call with Danny re Zorica's claim and their funding of ICT operations and loss of funds due to bankruptcy. | 0.40 hrs | $350.00 /hr | $140.00 |
| 06/20/16 | MRS | Discussion with Trustee and creditors re funds available for distribution and proposal re same. | 0.40 hrs | $350.00 /hr | $140.00 |
| 06/20/16 | MRS | Analysis of funds available for distribution to creditors based upon review and analysis of administrative and unsecured claims. | 0.60 hrs | $350.00 /hr | $210.00 |
| 06/21/16 | MRS | Communication with Zorica re acceptance of proposal re claim distribution. | 0.20 hrs | $350.00 /hr | $70.00 |
| 06/23/16 | MRS | Discussion with Trustee re resolution of claim issue and next steps to document and move forward with interim distribution. | 0.30 hrs | $350.00 /hr | $105.00 |
| 06/24/16 | MRS | Draft of settlement agreement with creditors. | 0.80 hrs | $350.00 /hr | $280.00 |
| 06/27/16 | MRS | Finalize ICT settlement agreement. | 0.50 hrs | $350.00 /hr | $175.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/28/16 | MRS | Draft motion to approve compromise. | 1.20 hrs | $350.00 /hr | $420.00 |
| 06/28/16 | MRS | Communication with Creditors re Settlement Agreement. | 0.30 hrs | $350.00 /hr | $105.00 |
| 06/28/16 | MRS | Brief revisions to Settlement Agreement. | 0.30 hrs | $350.00 /hr | $105.00 |
| 06/28/16 | MRS | Call with Trustee to review terms of Settlement Agreement. | 0.40 hrs | $350.00 /hr | $140.00 |
| 06/29/16 | MRS | Draft order authorizing compromise and settlement agreement. | 0.50 hrs | $350.00 /hr | $175.00 |
| 06/29/16 | MRS | Follow up discussion with creditors re terms of settlement agreement. | 0.20 hrs | $350.00 /hr | $70.00 |
| 07/13/16 | MRS | Brief call with Trustee re approval of compromise and next steps for final distribution. | 0.30 hrs | $350.00 /hr | $105.00 |
| 07/13/16 | MRS | Court hearing on Motion to Approve Compromise with Creditors. | 1.00 hrs | $350.00 /hr | $350.00 |
| 07/14/16 | MRS | Discussion with creditors re finalized settlement. | 0.30 hrs | $350.00 /hr | $105.00 |
| 07/15/16 | MRS | Prepare and file new motion to clarify prior order relating to authorized payments by Trustee. | 0.80 hrs | $350.00 /hr | $280.00 |
| 07/19/16 | KRP | Reviewed Motion to Modify Approving Compromise and court's docket in preparation of tomorrow's hearing. | 0.30 hrs | $320.00 /hr | $96.00 |
| 07/20/16 | KRP | Attended hearing in bankruptcy on Motion to Amend prior order. | 1.10 hrs | $320.00 /hr | $352.00 |

TOTAL FEES FOR THIS MATTER                                                              $6,258.00

| Service By | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Purtill, Kevin R | Principal | 1.40 | 320.00 | $448.00 |
| Stein, Miriam R. | Principal | 16.60 | 350.00 | $5,810.00 |

DISBURSEMENTS

| Date | Description | | | Amount |
|---|---|---|---|---|
| 07/27/16 | Photocopy Expenses | | @ 0.20 | $14.40 |
| 05/06/16 | MIRIAM R. STEIN; Invoice # 354973; Travel Expenses Cabfare to and from Court for ICT hearing | | @ 1.00 | $16.00 |
| 07/27/16 | Long Distance Telephone | | @ 1.00 | $20.51 |

TOTAL DISBURSEMENTS FOR THIS MATTER                                                     $50.91

**TOTAL RECAP OF FEES**

| Service By | Hours | Rate | Total |
|---|---|---|---|
| Purtill, Kevin R | 1.40 | 320.00 | $448.00 |
| Stein, Miriam R. | 16.60 | 350.00 | $5,810.00 |
| | | | $6,258.00 |

**TOTAL RECAP OF DISBURSEMENTS**

| Disbursement Type | Total |
|---|---|
| COPY | $14.40 |
| PHON | $20.51 |
| TRAV | $16.00 |
| | $50.91 |

**BILLING SUMMARY**

| | |
|---|---|
| TOTAL FEES | $6,258.00 |
| TOTAL DISBURSEMENTS | $50.91 |
| TOTAL CHARGES FOR THIS BILL | $6,308.91 |
| **PLEASE PAY** | $6,308.91 |

# CHUHAK & TECSON, P.C.
ATTORNEYS AT LAW
30 S. Wacker Drive
26th Floor
Chicago, Illinois 60606-7413
(312) 444-9300
Fax: (312) 444-9027

**FEDERAL TAX I.D. # 36-3502641**

July 28, 2016

Brenda Porter Helms, Chapter 7 Trustee
Albany Bank & Trust Company, N.A.
3400 W. Lawrence Avenue
Chicago, IL  60625

Client No: 24075
Invoice No: 415814   MRS
Billed Through: 07/27/2016

**Matter No:  55925**
**ICT Bankruptcy - Fee Petition**

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/23/16 | MRS | Court hearing on fee petition. | 1.00 hrs | $350.00 /hr | $350.00 |
| 07/27/16 | MRS | Draft final fee petition (.80); cover sheet (.30) and order (.30) | 1.40 hrs | $350.00 /hr | $490.00 |

TOTAL FEES FOR THIS MATTER                                                                    $840.00

| Service By | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Stein, Miriam R. | Principal | 2.40 | 350.00 | $840.00 |

**TOTAL RECAP OF FEES**

| Service By | Hours | Rate | Total |
|---|---|---|---|
| Stein, Miriam R. | 2.40 | 350.00 | $840.00 |

$840.00

**TOTAL RECAP OF DISBURSEMENTS**

**Disbursement Type**                                                                            **Total**

$0.00

**BILLING SUMMARY**

TOTAL FEES                                                                                $840.00

TOTAL CHARGES FOR THIS BILL                                                               $840.00

B