**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ICT REAL ESTATE INC. | § | Case No. 14-15735 |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter of the United States Bankruptcy Code was filed on 04/27/2014 . The case was converted to one under Chapter 7 on 05/27/2014 . The undersigned trustee was appointed on 05/28/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 2,609,352.54 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 211,748.80 |
| Bank service fees | | 4,840.27 |
| Other payments to creditors | | 2,270,032.05 |
| Non-estate funds paid to 3rd Parties | | 20,769.58 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 101,961.84 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  09/16/2014  and the deadline for filing governmental claims was  10/24/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 100,907.49 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 100,907.49 , for a total compensation of $ 100,907.49 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 1,590.00 , for total expenses of $ 1,590.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  10/12/2017                            By: /s/BRENDA PORTER HELMS, TRUSTEE
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-15735 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | ICT REAL ESTATE INC. | | | | Date Filed (f) or Converted (c): | 05/27/2014 (c) |
| | | | | | 341(a) Meeting Date: | |
| For Period Ending: | 10/12/2017 | | | | Claims Bar Date: | 09/16/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. PARKING RENTALS | 10,000.00 | 0.00 | | 9,352.54 | FA |
| 2. 271 E. North Ave., Glendale Heights IL | 3,000,000.00 | 0.00 | | 2,600,000.00 | FA |
| 3. Standard Bank and Trust Checking | 0.00 | 0.00 | | 0.00 | FA |
| 4. Property Tax Escrow  First Installment Paid 05/06/2014, likely reducing or eliminating escrow amount in account. | 36,928.00 | 0.00 | | 0.00 | FA |
| 5. Deposits on account with Com Ed | 10,000.00 | 0.00 | | 0.00 | FA |
| 6. Rents due from ICT Logistics through April, 2014 | 134,500.00 | 0.00 | | 0.00 | FA |
| 7. Rents due from ICT Leasing and Truck Sales, Inc. | 120,000.00 | 0.00 | | 0.00 | FA |
| 8. Rents due from ICT Services and Repair Center, | 300,000.00 | 0.00 | | 0.00 | FA |
| 9. OFFICE EQUIPMENT, FURNISHINGS, AND | 25,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $3,636,428.00   $0.00   $2,609,352.54   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

3/2/17:  This TFR will be submitted to UST on or before 3/31/17

9/30/17: TFR to be filed

9/30/16:  Trustee negotiated agreement between creditors which was approved by the Court.  TFR to be filed.

Contract pending for sale of real estate in Glendale Heights and certain trucks
All assets liquidated.

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Initial Projected Date of Final Report (TFR): 12/31/2015      Current Projected Date of Final Report (TFR): 10/30/2017

Exhibit A

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-15735 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: ICT REAL ESTATE INC. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3631 |
| | Checking - Non Interest |
| Taxpayer ID No: XX-XXX1746 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/12/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/04/14 | 1 | ZELJKO AND VANJA PETROVIC | parking space rent | 1122-000 | $400.00 | | $400.00 |
| 06/04/14 | 1 | VALCHEV, VLADIMIR | parking space rent | 1122-000 | $300.00 | | $700.00 |
| 06/04/14 | 1 | USLC LLC | parking space rent | 1122-000 | $1,000.00 | | $1,700.00 |
| 06/04/14 | 1 | TRANSPORTER INC. | parking space rent | 1122-000 | $400.00 | | $2,100.00 |
| 06/04/14 | 1 | TRANSPORTATION, RESAD BOTIC | parking space rent | 1122-000 | $200.00 | | $2,300.00 |
| 06/04/14 | 1 | TERTIUC, NICOLAE | parking space rent | 1122-000 | $200.00 | | $2,500.00 |
| 06/04/14 | 1 | SLLSTATE EXORESS TRUCKING INC,. | parking space rent | 1122-000 | $600.00 | | $3,100.00 |
| 06/04/14 | 1 | RYNDAK TRANSPORT INC. | parking space rent | 1122-000 | $200.00 | | $3,300.00 |
| 06/04/14 | 1 | RAKOVIC, BOJAN | parking space rent | 1122-000 | $200.00 | | $3,500.00 |
| 06/04/14 | 1 | MENDOZA, ROBERTO<br>Nurys Echevarria | parking space rent | 1122-000 | $200.00 | | $3,700.00 |
| 06/04/14 | 1 | LIVADA INCORPORATED INC. | parking space rent | 1122-000 | $150.00 | | $3,850.00 |
| 06/04/14 | 1 | KREMINSKY, OLEKSIY | parking space rent | 1122-000 | $150.00 | | $4,000.00 |
| 06/04/14 | 1 | KAZIMIERZ AND KRYSTYNA RYNDAK | parking space rent | 1122-000 | $200.00 | | $4,200.00 |
| 06/04/14 | 1 | JANA TRUCKING CO | parking space rent | 1122-000 | $200.00 | | $4,400.00 |
| 06/04/14 | 1 | GONZALO & ZANAIDA NOYOLA | parking space rent | 1122-000 | $200.00 | | $4,600.00 |
| 06/04/14 | 1 | G.G. TRANS INC. | parking space rent | 1122-000 | $200.00 | | $4,800.00 |
| 06/04/14 | 1 | FUADS OP INC. | parking space rent | 1122-000 | $200.00 | | $5,000.00 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 14-15735 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | ICT REAL ESTATE INC. | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX3631 |
| | | | Checking - Non Interest |
| Taxpayer ID No: | XX-XXX1746 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/12/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/04/14 | 1 | FARHAD AND MAHAMMAD QASMI | parking space rent | 1122-000 | $200.00 | | $5,200.00 |
| 06/04/14 | 1 | ELIZA EXPRESS INC. | parking space rent | 1122-000 | $200.00 | | $5,400.00 |
| 06/04/14 | 1 | ELENI AND ANDON TOLE | parking space rent | 1122-000 | $200.00 | | $5,600.00 |
| 06/04/14 | 1 | EFREM INC. | parking space rent | 1122-000 | $600.00 | | $6,200.00 |
| 06/04/14 | 1 | DONOV INC. | parking space rent | 1122-000 | $200.00 | | $6,400.00 |
| 06/04/14 | 1 | BTI INC. | parking space rent | 1122-000 | $52.54 | | $6,452.54 |
| 06/04/14 | 1 | BTI INC. | parking space rent | 1122-000 | $1,200.00 | | $7,652.54 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $7,642.54 |
| 07/17/14 | 10001 | Reverses Check # 10001 | property and casualty insurance wrong payee | 2420-000 | | ($2,114.50) | $9,757.04 |
| 07/17/14 | 10001 | BANK DIRECT CAPITAL FINANCE 150 N. Fiedl Drive  #190Lake Froest IL 60045 | property and casualty insurance | 2420-000 | | $2,114.50 | $7,642.54 |
| 07/17/14 | 10002 | ARTHUR J. GALLAGHER BROKERAGE & Risk Management Services127 N. Walnut StreetItasca IL 60143 | property and casualty insurance paid per order 9/23/14 [dkt 116, in lead case F&F Trans, 14-15662] | 2990-000 | | $2,114.50 | $5,528.04 |
| 07/30/14 | 10003 | ARTHUR J. GALLAGHER & CO 127 Walnut StreetItasca IL 60143 | property insurance paid per order 9/23/14 [dkt 116, in lead case F&F Trans, 14-15662] | 2990-000 | | $641.82 | $4,886.22 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.76 | $4,875.46 |
| 08/13/14 | 1 | RUSH TRUCK CENTERS OF ILLINOIS 103 S. LarkinJoliet IL 60436 | parking space rent | 1122-000 | $200.00 | | $5,075.46 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*  Page Subtotals: $2,852.54  $2,777.08

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-15735 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: ICT REAL ESTATE INC. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3631 |
| | Checking - Non Interest |
| Taxpayer ID No: XX-XXX1746 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/12/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/25/14 | 1 | KAZIMIERZ & KRYSTYNA RYNDAK 551 Windy Point Drglendale Heights IL 60139 | parking apace rental | 1122-000 | $150.00 | | $5,225.46 |
| 08/28/14 | 1 | KREMINSKY, OLEKSIY | parking space rental | 1122-000 | $150.00 | | $5,375.46 |
| 08/28/14 | 1 | B.T.I. INC. | parking space rental | 1122-000 | $1,200.00 | | $6,575.46 |
| 09/05/14 | 10004 | ARTHUR J. GALLAGHER & CO | Insurance for 271 W. North Ave. Glendale Heights paid per order 9/23/14 [dkt 116, in lead case F&F Trans, 14-15662] | 2990-000 | | $641.82 | $5,933.64 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,923.64 |
| 09/11/14 | 1 | KREMINSKY, OLEKSIY | rent for parking space | 1122-000 | $150.00 | | $6,073.64 |
| 09/18/14 | 10005 | INTECH CONSULTANTS INC. | survey cost costs advanced in anticipation of sale approved per order dated 9/24/14 [dkt 120] in lead case, F&F Transport, Case No. 14-15662 | 2500-000 | | $700.00 | $5,373.64 |
| 09/25/14 | 10006 | CHUHAK & TECSON | liens vs 271 E. North Ave. costs advanced in anticipation of sale approved per order dated 9/24/14 [dkt 120] in lead case, F&F Transport, Case No. 14-15662 | 4120-000 | | $1,209.00 | $4,164.64 |
| 10/01/14 | 10006 | Reverses Check # 10006 | liens vs 271 E. North Ave. | 4120-000 | | ($1,209.00) | $5,373.64 |

| | | | | |
|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 7)* | | Page Subtotals: | $1,650.00 | $1,351.82 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-15735 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: ICT REAL ESTATE INC. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3631 |
| | Checking - Non Interest |
| Taxpayer ID No: XX-XXX1746 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/12/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/03/14 | | CHICAGO TITLE AND TRUST COMPANY | net proceeds of real estate sale and ICT Lease personal property<br><br>(per order dated 9/24/14 [dkt 120] in lead case, F&F Transport, Case No. 14-15662; Trustee sold real and personal property at 271 E. North Ave.,Glendale Heights) | | $235,151.72 | | $240,525.36 |
| | | | Gross Receipts                     $2,600,000.00 | | | | |
| | | Standard Bank | mortgage *9001                        ($988,934.63) | 4110-000 | | | |
| | | Standard Bank | mortgage *9006                        ($125,857.41) | 4110-000 | | | |
| | | Standard Bank | mortgage *9007                         ($64,193.56) | 4110-000 | | | |
| | | Small Business Association | Business loan                         ($792,633.73) | 4110-000 | | | |
| | | Nai Hiffman | Real Estate commission                 ($90,000.00) | 3510-000 | | | |
| | | Triumph | Payment Due                            ($20,000.00) | 2500-000 | | | |
| | | Chicago Title & Trust | Wire Fee                                  ($200.00) | 2500-000 | | | |
| | | Chuhak & Tecson, P.C<br>30 S. Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | reimbursement Village lien & water bill  ($12,616.23) | 3220-000 | | | |
| | | Standard Bank | mortgage *9008                        ($270,412.72) | 4110-000 | | | |
| | 2 | | 271 E. North Ave., Glendale Heights IL   $2,600,000.00 | 1110-000 | | | |
| 10/07/14 | 10007 | DYNAMEX | delivery service | 2990-000 | | $19.21 | $240,506.15 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 8)* | | | Page Subtotals: | | $235,151.72 | $19.21 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 14-15735 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | ICT REAL ESTATE INC. | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX3631 |
| | | | Checking - Non Interest |
| Taxpayer ID No: | XX-XXX1746 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/12/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $240,496.15 |
| 11/07/14 | 10008 | CHUHAK & TECSON P.C. | Fees and expenses per court order<br>per order 11/5/14 [dkt 132-in lead case #14-15662] | | | $40,912.76 | $199,583.39 |
| | | Chuhak & Tecson, P.C | ($40,369.50) | 3210-000 | | | |
| | | Chuhak & Tecson, P.C | ($543.26) | 3220-000 | | | |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $334.69 | $199,248.70 |
| 12/05/14 | 10009 | ARTHUR J. GALLAGHER & COMPANY | property insurance<br>paid per order 9/23/14 [dkt 116, in lead case F&F Trans, 14-15662] | 2990-000 | | $384.28 | $198,864.42 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $310.01 | $198,554.41 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $295.15 | $198,259.26 |
| 01/12/15 | 1 | Reverses Deposit # 26 | parking apace rental | 1121-000 | ($150.00) | | $198,109.26 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $294.55 | $197,814.71 |
| 02/19/15 | 10010 | ARTHUR B. LEVINE COMPANY | bond premium | 2300-000 | | $141.52 | $197,673.19 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $265.63 | $197,407.56 |
| 03/11/15 | 10011 | SACOR, PATRICK | Payment for preparation of 1099s<br>Order 3/11/15 [dkt 46]<br>amended by order 8/18/17 [dkt 75] to allow payment of $1,650 as administrative expense | 2990-000 | | $1,650.00 | $195,757.56 |
| 03/11/15 | 10012 | SACOR, PATRICK | reimbursement for real estate insur<br>per order 3/11/15 [dkt 46] | 2990-000 | | $4,956.50 | $190,801.06 |

| UST Form 101-7-TFR (5/1/2011) *(Page: 9)* | | Page Subtotals: | ($150.00) | $49,555.09 |
| --- | --- | --- | --- | --- |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-15735 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: ICT REAL ESTATE INC. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3631 |
| | Checking - Non Interest |
| Taxpayer ID No: XX-XXX1746 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/12/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/02/15 | 10013 | ARTHUR J. GALLAGHER & CO 127 N. Walnut St #200 Itasca IL 60143 | balance due on property insurance paid per order 9/23/14 [dkt 116, in lead case F&F Trans, 14-15662] | 2990-000 | | $1,730.72 | $189,070.34 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $287.46 | $188,782.88 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $272.70 | $188,510.18 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $280.26 | $188,229.92 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $270.80 | $187,959.12 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $279.44 | $187,679.68 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $279.03 | $187,400.65 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $269.64 | $187,131.01 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $278.21 | $186,852.80 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $268.83 | $186,583.97 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $277.40 | $186,306.57 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $277.00 | $186,029.57 |
| 02/25/16 | 10014 | Adams-Levine | Bond #10BSBGR6291 | 2300-000 | | $162.56 | $185,867.01 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*   Page Subtotals: $0.00   $4,934.05

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: | 14-15735 | |
| Case Name: | ICT REAL ESTATE INC. | |
| Taxpayer ID No: | XX-XXX1746 | |
| For Period Ending: | 10/12/2017 | |

| | | |
|---|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | Associated Bank |
| Account Number/CD#: | XXXXXX3631 |
| | Checking - Non Interest |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $258.71 | $185,608.30 |
| 03/30/16 | 10015 | Chuhak & Tecson | Attorney fees per order 3/23/16 [dkt 63] | 3210-000 | | $12,336.00 | $173,272.30 |
| 03/30/16 | 10016 | Chuhak & Tecson | attorney expenses per order 3/23/16 [dkt 63] | 3220-000 | | $192.50 | $173,079.80 |
| 07/15/16 | 10017 | Schneider & Stone 8424 Skokie Blvd #200 Skokie IL 60077 | per court order #68 entered 7/20/16 | 6210-000 | | $14,911.67 | $158,168.13 |
| 07/15/16 | 10018 | Jerry and Irene Slusarenko 2229 W. Chicago Ave. Chicago IL 60622 | per court order #68 entered 7/20/16 | 7100-000 | | $7,000.00 | $151,168.13 |
| 07/15/16 | 10019 | Zorica Petrovic 3S 107 Park Blvd. Glen Ellyn IL 60137 | per court order #68 entered 7/20/16 | 7100-000 | | $7,000.00 | $144,168.13 |
| 07/15/16 | 10020 | Patrick Sacor c/o Law Offices of Douglas R.Johnson P.C. 321 N. Clark St. 5th Floor Chicago IL 60654 | per court order #68 entered 7/20/16 | 7100-000 | | $7,000.00 | $137,168.13 |
| 07/15/16 | 10021 | Juan Saenz 8550 S. Kildare Chicago IL 60652 | per court order #68 entered 7/20/16 | 7100-000 | | $7,000.00 | $130,168.13 |
| 07/15/16 | 10022 | ICT LEASING & TRUCK SALES 14-15733 | proceeds of sale of personal property - from gross proceed of sale to J.I.A.R.J., LLC per order dated 9/24/14 [dkt 120, in lead case F&F Transportation, Inc. 14-15662] | 8500-002 | | $20,769.58 | $109,398.55 |
| 07/21/16 | 10023 | Office of U.S. Trustee | Chapter 11 Administrative fee Reversal Check issued in wrong amount | 2950-000 | | ($350.00) | $109,748.55 |
| 07/21/16 | 10023 | Office of U.S. Trustee | Chapter 11 Administrative fee | 2950-000 | | $350.00 | $109,398.55 |
| 07/21/16 | 10024 | Office of U.S. Trustee | Ch 11 adminstrative fees paid per order 7/20/16 [dkt 68] | 2950-000 | | $325.00 | $109,073.55 |

| | | | | | | |
|---|---|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) (Page: 11) | | Page Subtotals: | | $0.00 | $76,793.46 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-15735 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: ICT REAL ESTATE INC. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3631 |
| | Checking - Non Interest |
| Taxpayer ID No: XX-XXX1746 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/12/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/25/16 | 10025 | Chuhak & Tecson PC | Attorneys fees per order 8/23/16 [dkt 71] | 3210-000 | | $7,098.00 | $101,975.55 |
| 08/25/16 | 10026 | Chuhak & Tecson P.C. | Attorneys expenses per order 8/23/16 [dkt 71] | 3220-000 | | $43.71 | $101,931.84 |
| 09/15/17 | | Chuhak & Tecson P.C. | reimbursement of overpayment of expenses | 3220-002 | $30.00 | | $101,961.84 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $244,504.26 | $142,542.42 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $244,504.26 | $142,542.42 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $244,504.26 | $142,542.42 |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*      Page Subtotals:    $30.00    $7,141.71

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3631 - Checking - Non Interest | $244,504.26 | $142,542.42 | $101,961.84 |
|  | $244,504.26 | $142,542.42 | $101,961.84 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $2,364,848.28 |
| Total Net Deposits: | $244,504.26 |
| Total Gross Receipts: | $2,609,352.54 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-15735-JSB  
Debtor Name: ICT REAL ESTATE INC.  
Claims Bar Date: 9/16/2014  

Date: October 12, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | THE HELMS LAW FIRM PC<br>3400 W. LAWRENCE AVENUE<br>CHICAGO, IL 60625 | Administrative | Trustee compensation | $0.00 | $100,907.49 | $100,907.49 |
| 100 2200 | THE HELMS LAW FIRM PC<br>3400 W. LAWRENCE AVENUE<br>CHICAGO, IL 60625 | Administrative | Trustee expenses | $0.00 | $1,590.00 | $1,590.00 |
| BOND 999 2300 | LEVINE BOND COMPANY<br>Arthur B. Levine Company | Administrative | dba Adams Levine | $0.00 | $304.08 | $304.08 |
| 100 2500 | Triumph | Administrative | Per order of sale 9/24/14 [dkt 120 in lead case, F&F Trans. 14-15662] | $0.00 | $20,000.00 | $20,000.00 |
| 1 100 2950 | OFFICE OF THE U.S. TRUSTEE<br>219 South Dearborn St.<br>Room 873<br>Chicago, IL 60606 | Administrative | paid per order 7/20/16 [dkt 68] | $0.00 | $325.00 | $325.00 |
| 100 2990 | Arthur J. Gallager & Co<br>127 N. Walnut St., #200<br>Itasca, IL 60143 | Administrative | Property insurance - allowed per order 9/23/14 [dkt 116, in lead case F&F Trans, 14-15662] | $0.00 | $5,513.14 | $5,513.14 |
| 100 2990 | Patrick Sacor<br>Law Office of Douglas R. Johnson, P.C.<br>321 N. Clark St., 5th Fl.<br>Chicago, IL 60654 | Administrative | 1099 preparation paid per order 8/18/17 [dkt 75] | $0.00 | $1,650.00 | $1,650.00 |
| 100 2990 | Patrick Sacor<br>Law Office of Douglas R. Johnson, P.C.<br>321 N. Clark St., 5th Fl.<br>Chicago, IL 60654 | Administrative | Reimbursed insurance allowed per order 3/11/15 [dkt 46] | $0.00 | $4,956.50 | $4,956.50 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-15735-JSB  
Debtor Name: ICT REAL ESTATE INC.  
Claims Bar Date: 9/16/2014  

Date: October 12, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 3210 | Chuhak & Tecson, P.C<br>30 S. Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Administrative | Final fees ($7,098.00) awarded per order 8/23/16 [dkt 71]<br>2nd interim fees ($12,336.00) awarded per order 3/23/16 [dkt 63]<br>1st interim fees ($40,369.50) awarded per order 11/5/14 [dkt 130 in lead case, F&F Trans. 14-15662] | $0.00 | $61,443.50 | $59,803.50 |
| 100 3220 | Chuhak & Tecson, P.C<br>30 S. Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Administrative | Final expenses ($43.71) awarded per order 8/23/16 [dkt 71]<br>2nd interim expenses ($192.50) awarded per order 3/23/16 [dkt 63]<br>1st interim expenses ($13129.49) awarded per order 11/5/14 [dkt 130 in lead case, F&F Trans. 14-15662] | $0.00 | $13,445.00 | $13,365.70 |
| 100 3510 | Nai Hiffman | Administrative | Realtor commission, paid at closing of sale of property (per order dated 9/24/14 [dkt 120] in lead case, F&F Transport, Case No. 14-15662) | $0.00 | $90,000.00 | $90,000.00 |
| 400 4110 | Small Business Association | Secured | Business loan, paid at closing of sale of property (per order dated 9/24/14 [dkt 120] in lead case, F&F Transport, Case No. 14-15662) | $0.00 | $792,633.73 | $792,633.73 |
| 400 4110 | Standard Bank | Secured | Mortgage liens, paid at closing of sale of property (per order dated 9/24/14 [dkt 120] in lead case, F&F Transport, Case No. 14-15662) | $0.00 | $1,449,398.32 | $1,449,398.32 |
| 2 400 4210 | U S Small Business Administration<br>c/o Kate O'Loughlin<br>500 W Madison St., #1150<br>Chicago, IL 60661 | Secured | claim withdrawn 2/17/15 [dkt 43] | $0.00 | $0.00 | $0.00 |
| 5 150 6210 | Schneider & Stone | Administrative | Legal services rendered to Debtor in ch. 11<br>Trustee authorized to pay $14,911.67 as allowed claim from this Estate per order 7/20/16 [dkt 68], balance ($20,419.58) of claim allowed and paid from estate of ICT Leasing & Truck Sales | $0.00 | $35,356.25 | $14,911.67 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-15735-JSB  
Debtor Name: ICT REAL ESTATE INC.  
Claims Bar Date: 9/16/2014  

Date: October 12, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3<br>300<br>7100 | Kiril Kaplanov<br>c/o Paul C. Sheils, Attorney<br>15 Salt Creek Lane, Suite 122<br>Hinsdale, IL 60521 | Unsecured | claim disallowed per order 5/27/15 [dkt 53] | $0.00 | $164,000.00 | $0.00 |
| 4<br>300<br>7100 | Jerry & Irene Slusarenko | Unsecured | claim amended 3/3/16<br>Interim payment ($7,000) made per order 7/20/16 [dkt 68] | $0.00 | $95,191.00 | $95,191.00 |
| 6<br>300<br>7100 | Zorica Petrovic | Unsecured | Interim payment ($7,000) made per order 7/20/16 [dkt 68] | $0.00 | $112,000.00 | $112,000.00 |
| 7<br>300<br>7100 | Patrick Sacor<br>Law Office of Douglas R. Johnson, P.C.<br>321 N. Clark St., 5th Fl.<br>Chicago, IL 60654 | Unsecured | Interim payment ($7,000) made per order 7/20/16 [dkt 68] | $0.00 | $123,364.00 | $123,364.00 |
| 8<br>300<br>7100 | Juan Saenz<br>8550 S Kildare<br>Chicago, Il 60652 | Unsecured | Interim payment ($7,000) made per order 7/20/16 [dkt 68] | $0.00 | $75,000.00 | $75,000.00 |
| | Case Totals | | | $0.00 | $3,147,078.01 | $2,960,914.13 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-15735
Case Name: ICT REAL ESTATE INC.
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Balance on hand $ 101,961.84

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Standard Bank | $ 1,449,398.32 | $ 1,449,398.32 | $ 1,449,398.32 | $ 0.00 |
| | Small Business Association | $ 792,633.73 | $ 792,633.73 | $ 792,633.73 | $ 0.00 |
| 2 | U S Small Business Administration | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 101,961.84

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THE HELMS LAW FIRM PC | $ 100,907.49 | $ 0.00 | $ 100,380.15 |
| Trustee Expenses: THE HELMS LAW FIRM PC | $ 1,590.00 | $ 0.00 | $ 1,581.69 |
| Attorney for Trustee Fees: Chuhak & Tecson, P.C | $ 59,803.50 | $ 59,803.50 | $ 0.00 |
| Attorney for Trustee Expenses: Chuhak & Tecson, P.C | $ 13,365.70 | $ 13,365.70 | $ 0.00 |
| Fees: OFFICE OF THE U.S. TRUSTEE | $ 325.00 | $ 325.00 | $ 0.00 |
| Other: Arthur J. Gallager & Co | $ 5,513.14 | $ 5,513.14 | $ 0.00 |
| Other: LEVINE BOND COMPANY | $ 304.08 | $ 304.08 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Nai Hiffman | $ 90,000.00 | $ 90,000.00 | $ 0.00 |
| Other: Patrick Sacor | $ 6,606.50 | $ 6,606.50 | $ 0.00 |
| Other: Triumph | $ 20,000.00 | $ 20,000.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses      $       101,961.84

Remaining Balance      $       0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Fees: Schneider & Stone | $ 14,911.67 | $ 14,911.67 | $ 0.00 |

Total to be paid for prior chapter administrative expenses      $       0.00

Remaining Balance      $       0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 405,555.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Kiril Kaplanov | $ 0.00 | $ 0.00 | $ 0.00 |
| 4 | Jerry & Irene Slusarenko | $ 95,191.00 | $ 7,000.00 | $ 0.00 |
| 6 | Zorica Petrovic | $ 112,000.00 | $ 7,000.00 | $ 0.00 |
| 7 | Patrick Sacor | $ 123,364.00 | $ 7,000.00 | $ 0.00 |
| 8 | Juan Saenz | $ 75,000.00 | $ 7,000.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $_____0.00

Remaining Balance     $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE