# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| ICT REAL ESTATE INC. | § | Case No. 14-15735 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 626,428.00                         Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants:  2,270,032.05     Claims Discharged
                                                     Without Payment:  NA

Total Expenses of Administration:  318,550.91

---

3) Total gross receipts of $ 2,609,352.54  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 20,769.58  (see **Exhibit 2**), yielded net receipts of $ 2,588,582.96  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 3,000,516.00 | $ 2,242,032.05 | $ 2,242,032.05 | $ 2,242,032.05 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 305,894.19 | 304,174.89 | 303,639.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 35,356.25 | 14,911.67 | 14,911.67 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,653,024.78 | 569,555.00 | 405,555.00 | 28,000.00 |
| **TOTAL DISBURSEMENTS** | $ 4,653,540.78 | $ 3,152,837.49 | $ 2,966,673.61 | $ 2,588,582.96 |

   4)  This case was originally filed under chapteron  04/27/2014 , and it was converted to chapter 7 on  05/27/2014 .  The case was pending for 44 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  01/10/2018          By:/s/BRENDA PORTER HELMS, TRUSTEE
                                              Trustee

   **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 271 E. North Ave., Glendale Heights IL | 1110-000 | 2,600,000.00 |
| PARKING RENTALS | 1122-000 | 9,352.54 |
| **TOTAL GROSS RECEIPTS** | | **$ 2,609,352.54** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ICT LEASING & TRUCK SALES 14-15733 | Non-Estate Funds Paid to Third Parties | 8500-002 | 20,769.58 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 20,769.58** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jerry & Irene Slusarenko 271 E North Ave Glendale Heights, IL 60139 | | 1,272,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Standard Bank 7800 W. 95th St. Hickory Hills, IL 60457 | | 943,294.00 | NA | NA | 0.00 |
| | United States Business Administrati 801 R. Street Suite 101 Fresno, CA 93721 | | 785,222.00 | NA | NA | 0.00 |
| | Small Business Association | 4110-000 | NA | 792,633.73 | 792,633.73 | 792,633.73 |
| | Standard Bank | 4110-000 | NA | 1,449,398.32 | 1,449,398.32 | 1,449,398.32 |
| 2 | U S Small Business Administration | 4210-000 | NA | 0.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 3,000,516.00 | $ 2,242,032.05 | $ 2,242,032.05 | $ 2,242,032.05 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THE HELMS LAW FIRM PC | 2100-000 | NA | 100,907.49 | 100,907.49 | 100,380.15 |
| THE HELMS LAW FIRM PC | 2200-000 | NA | 1,590.00 | 1,590.00 | 1,581.69 |
| LEVINE BOND COMPANY | 2300-000 | NA | 304.08 | 304.08 | 304.08 |
| Chicago Title & Trust | 2500-000 | NA | 200.00 | 200.00 | 200.00 |
| INTECH CONSULTANTS INC. | 2500-000 | NA | 700.00 | 700.00 | 700.00 |
| Triumph | 2500-000 | NA | 20,000.00 | 20,000.00 | 20,000.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | 2600-000 | NA | 4,840.27 | 4,840.27 | 4,840.27 |
| OFFICE OF THE U.S. TRUSTEE | 2950-000 | NA | 325.00 | 325.00 | 325.00 |
| Arthur J. Gallager & Co | 2990-000 | NA | 5,513.14 | 5,513.14 | 5,513.14 |
| DYNAMEX | 2990-000 | NA | 19.21 | 19.21 | 19.21 |
| Patrick Sacor | 2990-000 | NA | 6,606.50 | 6,606.50 | 6,606.50 |
| Chuhak & Tecson, P.C | 3210-000 | NA | 61,443.50 | 59,803.50 | 59,803.50 |
| Chuhak & Tecson, P.C | 3220-000 | NA | 13,445.00 | 13,365.70 | 13,365.70 |
| Nai Hiffman | 3510-000 | NA | 90,000.00 | 90,000.00 | 90,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 305,894.19 | $ 304,174.89 | $ 303,639.24 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Schneider & Stone | 6210-000 | NA | 35,356.25 | 14,911.67 | 14,911.67 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ 35,356.25 | $ 14,911.67 | $ 14,911.67 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADT Security Services, Inc. | | 387.24 | NA | NA | 0.00 |
| | Allied Waste Service PO Box 9001154 Louisville, KY 40290-1154 | | 0.00 | NA | NA | 0.00 |
| | Amex Corporate Credit Card?? | | 5,457.66 | NA | NA | 0.00 |
| | Comcast 1711 E. Wilson St. Batavia, IL 60510 | | 654.39 | NA | NA | 0.00 |
| | ComEd Bill Payment Center Chicago, IL 60668 | | 0.00 | NA | NA | 0.00 |
| | Constellation (ComEd) 14217 Collections Center Dr Chicago, IL 60693 | | 13,008.12 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Convergent Commercial 925 Westchester Ave Suite 101 White Plains, NY 10604 | | 0.00 | NA | NA | 0.00 |
| | Erie Insurance Group 100 Erie Insurance Place Erie, PA 16530 | | 2,506.50 | NA | NA | 0.00 |
| | ICT Logistics | | 658,598.73 | NA | NA | 0.00 |
| | Illinois Fire & Safety Company 702 S. Rohlwing Rd Addison, IL 60101 | | 0.00 | NA | NA | 0.00 |
| | Nicor Gas PO Box 5407 Carol Stream, IL 60197 | | 12,645.32 | NA | NA | 0.00 |
| | SB Loan | | 957,228.87 | NA | NA | 0.00 |
| | SBA | | 0.00 | NA | NA | 0.00 |
| | Siegel & Callahan 20 N Clark St Suite 2200 Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Village of Glendale Heights 300 Civic Center Plaza Glendale Heights, IL 60139 | | 2,537.95 | NA | NA | 0.00 |
| 4 | Jerry & Irene Slusarenko | 7100-000 | NA | 95,191.00 | 95,191.00 | 7,000.00 |
| 8 | Juan Saenz | 7100-000 | NA | 75,000.00 | 75,000.00 | 7,000.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Kiril Kaplanov | 7100-000 | NA | 164,000.00 | 0.00 | 0.00 |
| 7 | Patrick Sacor | 7100-000 | NA | 123,364.00 | 123,364.00 | 7,000.00 |
| 6 | Zorica Petrovic | 7100-000 | NA | 112,000.00 | 112,000.00 | 7,000.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,653,024.78 | $ 569,555.00 | $ 405,555.00 | $ 28,000.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-15735 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | ICT REAL ESTATE INC. | | | | Date Filed (f) or Converted (c): | 05/27/2014 (c) |
| | | | | | 341(a) Meeting Date: | |
| For Period Ending: | 01/10/2018 | | | | Claims Bar Date: | 09/16/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. PARKING RENTALS | 10,000.00 | 0.00 | | 9,352.54 | FA |
| 2. 271 E. North Ave., Glendale Heights IL | 3,000,000.00 | 0.00 | | 2,600,000.00 | FA |
| 3. Standard Bank and Trust Checking | 0.00 | 0.00 | | 0.00 | FA |
| 4. Property Tax Escrow  First Installment Paid 05/06/2014, likely reducing or eliminating escrow amount in account. | 36,928.00 | 0.00 | | 0.00 | FA |
| 5. Deposits on account with Com Ed | 10,000.00 | 0.00 | | 0.00 | FA |
| 6. Rents due from ICT Logistics through April, 2014 | 134,500.00 | 0.00 | | 0.00 | FA |
| 7. Rents due from ICT Leasing and Truck Sales, Inc. | 120,000.00 | 0.00 | | 0.00 | FA |
| 8. Rents due from ICT Services and Repair Center, | 300,000.00 | 0.00 | | 0.00 | FA |
| 9. OFFICE EQUIPMENT, FURNISHINGS, AND | 25,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $3,636,428.00   $0.00   $2,609,352.54   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

3/2/17:  This TFR will be submitted to UST on or before 3/31/17

9/30/17: TFR to be filed

9/30/16:  Trustee negotiated agreement between creditors which was approved by the Court.  TFR to be filed.

Contract pending for sale of real estate in Glendale Heights and certain trucks
All assets liquidated.

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Initial Projected Date of Final Report (TFR): 12/31/2015    Current Projected Date of Final Report (TFR): 10/30/2017

Exhibit 8

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-15735 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | ICT REAL ESTATE INC. | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX3631 |
| | | | Checking - Non Interest |
| Taxpayer ID No: | XX-XXX1746 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/10/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/04/14 | 1 | ZELJKO AND VANJA PETROVIC | parking space rent | 1122-000 | $400.00 | | $400.00 |
| 06/04/14 | 1 | VALCHEV, VLADIMIR | parking space rent | 1122-000 | $300.00 | | $700.00 |
| 06/04/14 | 1 | USLC LLC | parking space rent | 1122-000 | $1,000.00 | | $1,700.00 |
| 06/04/14 | 1 | TRANSPORTER INC. | parking space rent | 1122-000 | $400.00 | | $2,100.00 |
| 06/04/14 | 1 | TRANSPORTATION, RESAD BOTIC | parking space rent | 1122-000 | $200.00 | | $2,300.00 |
| 06/04/14 | 1 | TERTIUC, NICOLAE | parking space rent | 1122-000 | $200.00 | | $2,500.00 |
| 06/04/14 | 1 | SLLSTATE EXORESS TRUCKING INC,. | parking space rent | 1122-000 | $600.00 | | $3,100.00 |
| 06/04/14 | 1 | RYNDAK TRANSPORT INC. | parking space rent | 1122-000 | $200.00 | | $3,300.00 |
| 06/04/14 | 1 | RAKOVIC, BOJAN | parking space rent | 1122-000 | $200.00 | | $3,500.00 |
| 06/04/14 | 1 | MENDOZA, ROBERTO<br>Nurys Echevarria | parking space rent | 1122-000 | $200.00 | | $3,700.00 |
| 06/04/14 | 1 | LIVADA INCORPORATED INC. | parking space rent | 1122-000 | $150.00 | | $3,850.00 |
| 06/04/14 | 1 | KREMINSKY, OLEKSIY | parking space rent | 1122-000 | $150.00 | | $4,000.00 |
| 06/04/14 | 1 | KAZIMIERZ AND KRYSTYNA RYNDAK | parking space rent | 1122-000 | $200.00 | | $4,200.00 |
| 06/04/14 | 1 | JANA TRUCKING CO | parking space rent | 1122-000 | $200.00 | | $4,400.00 |
| 06/04/14 | 1 | GONZALO & ZANAIDA NOYOLA | parking space rent | 1122-000 | $200.00 | | $4,600.00 |
| 06/04/14 | 1 | G.G. TRANS INC. | parking space rent | 1122-000 | $200.00 | | $4,800.00 |
| 06/04/14 | 1 | FUADS OP INC. | parking space rent | 1122-000 | $200.00 | | $5,000.00 |

Page Subtotals: $5,000.00 $0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-15735 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | ICT REAL ESTATE INC. | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX3631 |
| | | | Checking - Non Interest |
| Taxpayer ID No: | XX-XXX1746 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/10/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/04/14 | 1 | FARHAD AND MAHAMMAD QASMI | parking space rent | 1122-000 | $200.00 | | $5,200.00 |
| 06/04/14 | 1 | ELIZA EXPRESS INC. | parking space rent | 1122-000 | $200.00 | | $5,400.00 |
| 06/04/14 | 1 | ELENI AND ANDON TOLE | parking space rent | 1122-000 | $200.00 | | $5,600.00 |
| 06/04/14 | 1 | EFREM INC. | parking space rent | 1122-000 | $600.00 | | $6,200.00 |
| 06/04/14 | 1 | DONOV INC. | parking space rent | 1122-000 | $200.00 | | $6,400.00 |
| 06/04/14 | 1 | BTI INC. | parking space rent | 1122-000 | $52.54 | | $6,452.54 |
| 06/04/14 | 1 | BTI INC. | parking space rent | 1122-000 | $1,200.00 | | $7,652.54 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $7,642.54 |
| 07/17/14 | 10001 | Reverses Check # 10001 | property and casualty insurance wrong payee | 2420-000 | | ($2,114.50) | $9,757.04 |
| 07/17/14 | 10001 | BANK DIRECT CAPITAL FINANCE 150 N. Fiedl Drive #190Lake Froest IL 60045 | property and casualty insurance | 2420-000 | | $2,114.50 | $7,642.54 |
| 07/17/14 | 10002 | ARTHUR J. GALLAGHER BROKERAGE & Risk Management Services127 N. Walnut StreetItasca IL 60143 | property and casualty insurance paid per order 9/23/14 [dkt 116, in lead case F&F Trans, 14-15662] | 2990-000 | | $2,114.50 | $5,528.04 |
| 07/30/14 | 10003 | ARTHUR J. GALLAGHER & CO 127 Walnut StreetItasca IL 60143 | property insurance paid per order 9/23/14 [dkt 116, in lead case F&F Trans, 14-15662] | 2990-000 | | $641.82 | $4,886.22 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.76 | $4,875.46 |
| 08/13/14 | 1 | RUSH TRUCK CENTERS OF ILLINOIS 103 S. LarkinJoliet IL 60436 | parking space rent | 1122-000 | $200.00 | | $5,075.46 |

|  | Page Subtotals: | $2,852.54 | $2,777.08 |
| --- | --- | --- | --- |

UST Form 101-7-TDR (10/1/2010) (Page: 12)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-15735 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: ICT REAL ESTATE INC. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3631 |
| | Checking - Non Interest |
| Taxpayer ID No: XX-XXX1746 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/10/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/25/14 | 1 | KAZIMIERZ & KRYSTYNA RYNDAK 551 Windy Point Drglendale Heights IL 60139 | parking apace rental | 1122-000 | $150.00 | | $5,225.46 |
| 08/28/14 | 1 | KREMINSKY, OLEKSIY | parking space rental | 1122-000 | $150.00 | | $5,375.46 |
| 08/28/14 | 1 | B.T.I. INC. | parking space rental | 1122-000 | $1,200.00 | | $6,575.46 |
| 09/05/14 | 10004 | ARTHUR J. GALLAGHER & CO | Insurance for 271 W. North Ave. Glendale Heights paid per order 9/23/14 [dkt 116, in lead case F&F Trans, 14-15662] | 2990-000 | | $641.82 | $5,933.64 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,923.64 |
| 09/11/14 | 1 | KREMINSKY, OLEKSIY | rent for parking space | 1122-000 | $150.00 | | $6,073.64 |
| 09/18/14 | 10005 | INTECH CONSULTANTS INC. | survey cost costs advanced in anticipation of sale approved per order dated 9/24/14 [dkt 120] in lead case, F&F Transport, Case No. 14-15662 | 2500-000 | | $700.00 | $5,373.64 |
| 09/25/14 | 10006 | CHUHAK & TECSON | liens vs 271 E. North Ave. costs advanced in anticipation of sale approved per order dated 9/24/14 [dkt 120] in lead case, F&F Transport, Case No. 14-15662 | 4120-000 | | $1,209.00 | $4,164.64 |
| 10/01/14 | 10006 | Reverses Check # 10006 | liens vs 271 E. North Ave. | 4120-000 | | ($1,209.00) | $5,373.64 |

| | | Page Subtotals: | $1,650.00 | $1,351.82 |
|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-15735 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: ICT REAL ESTATE INC. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3631 |
| | Checking - Non Interest |
| Taxpayer ID No: XX-XXX1746 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/10/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/03/14 | | CHICAGO TITLE AND TRUST COMPANY | net proceeds of real estate sale and ICT Lease personal property<br><br>(per order dated 9/24/14 [dkt 120] in lead case, F&F Transport, Case No. 14-15662; Trustee sold real and personal property at 271 E. North Ave.,Glendale Heights) | | | $235,151.72 | | $240,525.36 |
| | | | Gross Receipts | $2,600,000.00 | | | | |
| | | Standard Bank | mortgage *9001 | ($988,934.63) | 4110-000 | | | |
| | | Standard Bank | mortgage *9006 | ($125,857.41) | 4110-000 | | | |
| | | Standard Bank | mortgage *9007 | ($64,193.56) | 4110-000 | | | |
| | | Small Business Association | Business loan | ($792,633.73) | 4110-000 | | | |
| | | Nai Hiffman | Real Estate commission | ($90,000.00) | 3510-000 | | | |
| | | Triumph | Payment Due | ($20,000.00) | 2500-000 | | | |
| | | Chicago Title & Trust | Wire Fee | ($200.00) | 2500-000 | | | |
| | | Chuhak & Tecson, P.C<br>30 S. Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | reimbursement Village lien & water bill | ($12,616.23) | 3220-000 | | | |
| | | Standard Bank | mortgage *9008 | ($270,412.72) | 4110-000 | | | |
| | 2 | | 271 E. North Ave., Glendale Heights IL | $2,600,000.00 | 1110-000 | | | |
| 10/07/14 | 10007 | DYNAMEX | delivery service | | 2990-000 | | $19.21 | $240,506.15 |

| | | Page Subtotals: | $235,151.72 | $19.21 |
|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 14-15735  
Case Name: ICT REAL ESTATE INC.  
Taxpayer ID No: XX-XXX1746  
For Period Ending: 01/10/2018  

Trustee Name: BRENDA PORTER HELMS, TRUSTEE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX3631  
Checking - Non Interest  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $240,496.15 |
| 11/07/14 | 10008 | CHUHAK & TECSON P.C. | Fees and expenses per court order per order 11/5/14 [dkt 132-in lead case #14-15662] | | | $40,912.76 | $199,583.39 |
| | | Chuhak & Tecson, P.C | ($40,369.50) | 3210-000 | | | |
| | | Chuhak & Tecson, P.C | ($543.26) | 3220-000 | | | |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $334.69 | $199,248.70 |
| 12/05/14 | 10009 | ARTHUR J. GALLAGHER & COMPANY | property insurance paid per order 9/23/14 [dkt 116, in lead case F&F Trans, 14-15662] | 2990-000 | | $384.28 | $198,864.42 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $310.01 | $198,554.41 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $295.15 | $198,259.26 |
| 01/12/15 | 1 | Reverses Deposit # 26 | parking apace rental | 1121-000 | ($150.00) | | $198,109.26 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $294.55 | $197,814.71 |
| 02/19/15 | 10010 | ARTHUR B. LEVINE COMPANY | bond premium | 2300-000 | | $141.52 | $197,673.19 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $265.63 | $197,407.56 |
| 03/11/15 | 10011 | SACOR, PATRICK | Payment for preparation of 1099s Order 3/11/15 [dkt 46] amended by order 8/18/17 [dkt 75] to allow payment of $1,650 as administrative expense | 2990-000 | | $1,650.00 | $195,757.56 |
| 03/11/15 | 10012 | SACOR, PATRICK | reimbursement for real estate insur per order 3/11/15 [dkt 46] | 2990-000 | | $4,956.50 | $190,801.06 |

Page Subtotals: ($150.00)   $49,555.09

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 14-15735 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: ICT REAL ESTATE INC. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3631 |
| | Checking - Non Interest |
| Taxpayer ID No: XX-XXX1746 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/10/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/02/15 | 10013 | ARTHUR J. GALLAGHER & CO 127 N. Walnut St #200 Itasca IL 60143 | balance due on property insurance paid per order 9/23/14 [dkt 116, in lead case F&F Trans, 14-15662] | 2990-000 | | $1,730.72 | $189,070.34 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $287.46 | $188,782.88 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $272.70 | $188,510.18 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $280.26 | $188,229.92 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $270.80 | $187,959.12 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $279.44 | $187,679.68 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $279.03 | $187,400.65 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $269.64 | $187,131.01 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $278.21 | $186,852.80 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $268.83 | $186,583.97 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $277.40 | $186,306.57 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $277.00 | $186,029.57 |
| 02/25/16 | 10014 | Adams-Levine | Bond #10BSBGR6291 | 2300-000 | | $162.56 | $185,867.01 |
| | | | Page Subtotals: | | $0.00 | $4,934.05 | |

UST Form 101-7-TDR (10/1/2010) (Page: 16)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-15735 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | ICT REAL ESTATE INC. | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX3631 |
| | | | Checking - Non Interest |
| Taxpayer ID No: | XX-XXX1746 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/10/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $258.71 | $185,608.30 |
| 03/30/16 | 10015 | Chuhak & Tecson | Attorney fees per order 3/23/16 [dkt 63] | 3210-000 | | $12,336.00 | $173,272.30 |
| 03/30/16 | 10016 | Chuhak & Tecson | attorney expenses per order 3/23/16 [dkt 63] | 3220-000 | | $192.50 | $173,079.80 |
| 07/15/16 | 10017 | Schneider & Stone 8424 Skokie Blvd #200 Skokie IL 60077 | per court order #68 entered 7/20/16 | 6210-000 | | $14,911.67 | $158,168.13 |
| 07/15/16 | 10018 | Jerry and Irene Slusarenko 2229 W. Chicago Ave. Chicago IL 60622 | per court order #68 entered 7/20/16 | 7100-000 | | $7,000.00 | $151,168.13 |
| 07/15/16 | 10019 | Zorica Petrovic 3S 107 Park Blvd. Glen Ellyn IL 60137 | per court order #68 entered 7/20/16 | 7100-000 | | $7,000.00 | $144,168.13 |
| 07/15/16 | 10020 | Patrick Sacor c/o Law Offices of Douglas R.Johnson P.C. 321 N. Clark St. 5th Floor Chicago IL 60654 | per court order #68 entered 7/20/16 | 7100-000 | | $7,000.00 | $137,168.13 |
| 07/15/16 | 10021 | Juan Saenz 8550 S. Kildare Chicago IL 60652 | per court order #68 entered 7/20/16 | 7100-000 | | $7,000.00 | $130,168.13 |
| 07/15/16 | 10022 | ICT LEASING & TRUCK SALES 14-15733 | proceeds of sale of personal property - from gross proceed of sale to J.I.A.R.J., LLC per order dated 9/24/14 [dkt 120, in lead case F&F Transportation, Inc. 14-15662] | 8500-002 | | $20,769.58 | $109,398.55 |
| 07/21/16 | 10023 | Office of U.S. Trustee | Chapter 11 Administrative fee Reversal Check issued in wrong amount | 2950-000 | | ($350.00) | $109,748.55 |
| 07/21/16 | 10023 | Office of U.S. Trustee | Chapter 11 Administrative fee | 2950-000 | | $350.00 | $109,398.55 |
| 07/21/16 | 10024 | Office of U.S. Trustee | Ch 11 adminstrative fees paid per order 7/20/16 [dkt 68] | 2950-000 | | $325.00 | $109,073.55 |

| | | | Page Subtotals: | | $0.00 | $76,793.46 | |

UST Form 101-7-TDR (10/1/2010) (Page: 17)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 14-15735
Case Name: ICT REAL ESTATE INC.
Taxpayer ID No: XX-XXX1746
For Period Ending: 01/10/2018

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX3631
Checking - Non Interest
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/25/16 | 10025 | Chuhak & Tecson PC | Attorneys fees per order 8/23/16 [dkt 71] | 3210-000 | | $7,098.00 | $101,975.55 |
| 08/25/16 | 10026 | Chuhak & Tecson P.C. | Attorneys expenses per order 8/23/16 [dkt 71] | 3220-000 | | $43.71 | $101,931.84 |
| 09/15/17 | | Chuhak & Tecson P.C. | reimbursement of overpayment of expenses | 3220-002 | $30.00 | | $101,961.84 |
| 01/04/18 | 10027 | The Helms Law firm P.C. | Final trustee fees and expenses per order [dkt 86] | | | $101,961.84 | $0.00 |
| | | LAW FIRM PC, THE HELMS | ($100,380.15) | 2100-000 | | | |
| | | LAW FIRM PC, THE HELMS | ($1,581.69) | 2200-000 | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $244,504.26 | $244,504.26 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $244,504.26 | $244,504.26 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $244,504.26 | $244,504.26 |

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

Page Subtotals: $30.00 $109,103.55

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3631 - Checking - Non Interest | $244,504.26 | $244,504.26 | $0.00 |
|  | $244,504.26 | $244,504.26 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $2,364,848.28 |
| Total Net Deposits: | $244,504.26 |
| Total Gross Receipts: | $2,609,352.54 |